United States Bankruptcy Court
Eastern District of New York

In re:                                                                                  Case No. 13-40350-nhl
Consolidated Distributors Inc                                                           Chapter 11
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0207-1         User: dcapers             Page 1 of 2              Date Rcvd: Jun 03, 2013
                             Form ID: 226              Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 05, 2013.
db          +Consolidated Distributors Inc,    719 Eastern Parkway, STE 3,    Brooklyn, NY 11213-3411
smg         +NYC Department of Finance,    345 Adams Street, 3rd Floor,    Attn: Legal Affairs - Devora Cohn,
              Brooklyn, NY 11201-3719
smg         +NYS Department of Taxation & Finance,    Bankruptcy Unit,    PO Box 5300,    Albany, NY 12205-0300
smg         +NYS Unemployment Insurance,    Attn: Insolvency Unit,    Bldg. #12, Room 256,
              Albany, NY 12240-0001
smg         +United States of America,    Secretary of the Treasury,    15th Street & Pennsylvania Ave. NW,
              Washington, DC 20220-0001
7967753     +719 Eastern LLC,    1257 Ocean Parkway,    Brooklyn, NY 11230-5101
7922019     +Associated Business Consultants Inc.,    719 Eastern Parkway, Ste 3,    Brooklyn, NY 11213-3411
7922020     +David Baksht,    719 Eastern Parkway Ste 3,    Brooklyn, NY 11213-3411
7928262     +Incline Texas, LLC,    774 Mays Blvd, Suite #10,    Incline Village, NV 89451-9613
7922021     +Monster Energy Company,    550 Monica Circle, Suite 201,    Corona, California 92880-5496
7984072     +NYC Department of Finance,    TP&P Division/Office of Tax Audits,    345 Adams Street, 5th Floor,
              Brooklyn NY 11201-3719,    Attn: Yehuda Miller - Bankruptcy Unit
7967754     +Nediva Schwarz,    1257 Ocean Parkway,    Brooklyn, NY 11230-5101
7967755     +Yaakov Spritzer,    530 Montgomery Street,    Brooklyn, NY 11225-3023
7967756     +Yossie Chein,    383 Kingston Avenue,    Brooklyn, NY 11213-4333

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: cio.bncmail@irs.gov Jun 03 2013 18:24:58     Internal Revenue Service,    PO Box 7346,
              Philadelphia, PA 19101-7346
smg         +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Jun 03 2013 18:26:26     United States Trustee,
              Office of the United States Trustee,    271 Cadman Plaza East,    Brooklyn, NY 11201-1833
                                                                                             TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 05, 2013                    Signature:    *Joseph Speetjens*

```
District/off: 0207-1          User: dcapers              Page 2 of 2              Date Rcvd: Jun 03, 2013
                              Form ID: 226               Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 31, 2013 at the address(es) listed below:

        David   Carlebach    on behalf of Debtor    Consolidated Distributors Inc david@carlebachlaw.com,
         george@carlebachlaw.com;nora@carlebachlaw.com
        James   Bentley    on behalf of Creditor    Monster Energy Company james.bentley@srz.com,
         donna.angiulo@srz.com
        Noson A Kopel    on behalf of Debtor    Consolidated Distributors Inc nkopel@covad.net,
         nkopel@yahoo.com
        Taejin   Kim   on behalf of Creditor    Monster Energy Company tae.kim@srz.com
        United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
                                                                                                     TOTAL: 5

# United States Bankruptcy Court

Eastern District of New York
271−C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

| | |
|---|---|
| IN RE: | CASE NO: 1−13−40350−nhl |
| Consolidated Distributors Inc | |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: | CHAPTER: 11 |
| 27−0859809 | |
| DEBTOR(s) | |

## NOTICE OF HEARING TO DISMISS/CONVERT CASE

## NOTICE TO DEBTOR(S), CREDITOR(S) AND INTERESTED PARTIES

Please take notice that:

Upon the application of the United States Trustee for the Eastern District of New York, a hearing will be held before the Honorable Nancy Hershey Lord, United States Bankruptcy Judge, on July 18, 2013 at 02:30 PM at the following location:

**United States Bankruptcy Court, 271−C Cadman Plaza East, Courtroom 3577 − 3rd Floor, Brooklyn, NY 11201−1800**

Notice is further given that this hearing is being brought on for an order converting this Chapter 11 case to a case under Chapter 7 of the Bankruptcy Code or, in the alternative, dismissing this case and such other and further relief as may seem just and proper.

Notice is further given that the original application is on file with the Clerk of the Court and with the United States Trustee, and may be reviewed at either office during regular business hours.

Responsive papers shall be filed with the Bankruptcy Court and personally served upon the United States Trustee, Brooklyn cases: 271 Cadman Plaza East, Suite 4529, Brooklyn, NY 11201, Central Islip cases: 560 Federal Plaza, Central Islip, New York 11722−4437, no later than seven (7) days prior to the hearing date set forth above. Any responsive papers shall be in conformity with the Federal Rules of Civil Procedure, and indicate the entity submitting the response, the nature of the response and the basis of the response.

The hearing scheduled may be adjourned from time to time by announcement made in open court without further written notice.

Dated: June 3, 2013

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLcdu1.jsp** [Hearing to Dismiss/Convert/UST/Chapter 11  12/01/09]